

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| ctrela@sidley.com<br>(312) 853-7293 | FOUNDED 1866 | |

August 1, 2013

**Via ECF**

The Honorable Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20005

    Re:   *MeadWestVaco Corp. v. Rexam Beauty, et al.*
           Appeal Nos. 2012-1518, -1527

Dear Mr. O'Toole:

    We represent defendant-appellant Valois of America, Inc. ("Valois") and write in response to the July 31 letter submitted by plaintiffs-appellees MeadWestvaco Corporation and MeadWestvaco Calmar, Inc. (collectively "MeadWestvaco").

    MeadWestvaco's letter reports on June 28, 2013 PTO communications denying petitions in pending reexaminations on purely procedural grounds. The PTO communications have no substantive impact on the reexaminations, which are still pending.

    More importantly, as demonstrated in Valois's Reply Brief (pp. 16-18), the reexaminations themselves are not properly before this Court in this appeal. The reexaminations were filed after the district court issued the decision on appeal and were not, and could not have been, considered by that court. They are therefore not part of the record on appeal and cannot provide support for the district court's decision. As this Court held in *Marine Polymer Techs., Inc. v. Hemcon, Inc.*, 672 F.3d 1350, 1362 (Fed. Cir. 2012) (en banc), a reexamination in that posture is "a separate and distinct proceeding that is not properly before us on appeal." Because an "appellate court may consider only the record as it was made before the district court," *Ballard Medical Products v. Wright*, 821 F.2d 642, 643 (Fed. Cir. 1987), the reexaminations are wholly irrelevant to this appeal, and MeadWestvaco's arguments based upon them should be disregarded.



The Honorable Daniel. E. O'Toole
August 1, 2013
Page 2

     In accordance with FRAP 10(a), Valois has requested that the PTO materials that MWV has included in the Appendix should be stricken. *See* Valois Reply Brief, p. 17. For the same reason, MWV's letter submission should also be stricken.

     As also explained in Valois's Reply Brief, the reexaminations are irrelevant for the additional reason that they are not yet final. As the PTO's June 28 communications confirm (at p. 4), the reexamination decisions are subject to appeal, and the time to appeal has not even begun to run. MeadWestvaco's reliance on non-final reexaminations that are not part of the record in this case only underscores that the district court's summary judgment ruling cannot be defended based on the actual record in this case.

                                      Very truly yours,

                                        /s/ Constantine L. Trela
                                        Constantine L. Trela

cc:     Adam P. Samansky (principal counsel to Plaintiff – Appellee MeadWestVaco)

        Gene S. Winter (principal counsel to Defendants – Rexam Beauty, et al.)

CH1 7872286

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Adam P. Samansky
EMAIL: asamansky@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (888) 325-6566

Scott D. Wofsy
EMAIL: swofsy@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
3 Stamford Plaza
Stamford, CT 06901
Tel: (203) 353-6831
Fax: (888) 325-1664

Anthony J. Viola
EMAIL: aviola@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
Tel: (212) 912-2827
Fax: (888) 325-9175

*Attorneys for Plaintiffs-Cross Appellants Meadwestvaco Corporation and Meadwestvaco Calmar, Inc.*

Gene S. Winter
Benjamin J. Lehberger
Michael J. Kosma
EMAIL:  litigation@ssjr.com
ST.ONGE STEWARD JOHNSTON & REENS LLC

986 Bedford Street
Stamford, Connecticut 06905
Tel: (203) 324-6155
Fax: (203) 327-1096

*Attorneys for Defendants-Appellants Rexam Beauty and Closures, Inc. and Rexam Dispensing Systems S.A.S.*

/s/ Constantine L. Trela, Jr.
Constantine L. Trela, Jr.